THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR VARELA,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>Case No. 4:20-cr-00077-001-DN<br><br>District Judge David Nuffer |

Defendant Arthur Varela moves for early termination of his Supervised Release ("Motion").[1] Mr. Varela was sentenced to a term of 60 months supervised release following his conviction.[2] Mr. Varela's term of supervised release began on September 29, 2023, and is scheduled to end on September 29, 2028.

Mr. Varela argues termination is appropriate because:

(1)    Mr. Varela has exceeded thirty months of probation with no violations;

(2)    Mr. Varela is amply employed with Salt Lake County Public Works Construction;

(3)    Mr. Varela referees with the Utah High School Activities Association;[3]

Mr. Varela has also shared that he will be marrying his fiancée this summer and that he is expecting his first child soon after.[4]

---

[1] Pro Se Motion for Early Termination of Supervised Release ("Motion"), docket no. 220, filed May 21, 2026.

[2] Report on Person Under Supervision ("Report"), docket no. 223, filed June 8, 2026.

[3] Motion at 1.

[4] *Id*.

Mr. Varela's Motion was taken under advisement and the United States Attorney's Office and the United States Probation and Pretrial Services were ordered to respond to Mr. Varela's Motion.[5] The Probation Office filed a report recommending the denial of the Motion stating Mr. Varela does not meet the criteria for early termination outlined in the Guide to Judiciary Policy, Volume 8, Part E, Chapter 3, Section 360.20.[6] "The Probation Office recognizes the progress and positive changes Mr. Varela has made while on supervision. However, because he does not meet the criteria for early termination according to Judiciary Policy, the Probation Office cannot outright support his pro-se motion for early termination."[7]

The United State Attorneys' Office is reported to have concurred with the Probation Office's position and cannot support the Motion.[8]

### ORDER

IT IS HEREBY ORDERED that Mr. Varela's Pro Se Motion for Early Termination of Supervised Release[9] is DENIED WITHOUT PREJUDICE. Mr. Varela is permitted to re-file a Motion for Early Termination of Supervised Release in the future.

Signed June 8, 2026.

BY THE COURT

_____
David Nuffer, United States District Judge

---

[5] Docket Text Order, docket no. 221, filed May 28, 2026.

[6] Report at 1-2.

[7] Report at 2.

[8] *Id*.

[9] Pro Se Motion for Early Termination of Supervised Release ("Motion"), docket no. 220, filed May 21, 2026.